# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> Metals In Time, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> 38-3418559 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 400 S. Main Street <br> Royal Oak, MI <br> ZIP Code: 48067 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code: |
| County of Residence or of the Principal Place of Business: <br> Oakland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code: | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code: |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Metals In Time, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Metals In Time, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Michael E. Baum
Signature of Attorney for Debtor(s)

Michael E. Baum (P29446)
Printed Name of Attorney for Debtor(s)

Schafer and Weiner, PLLC
Firm Name

40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Address

Email: mbaum@schaferandweiner.com
(248) 540-3340
Telephone Number

November 9, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Serouj Basmajian
Signature of Authorized Individual

Serouj Basmajian
Printed Name of Authorized Individual

President
Title of Authorized Individual

November 9, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
### Eastern District of Michigan

In re   Metals In Time, Inc.,                                Case No. _____

                     Debtor                                  Chapter            11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Serouj Basmajian<br>c/o 400 S. Main Street<br>Royal Oak, MI 48067 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    November 9, 2010              Signature   /s/ Serouj Basmajian
                                                  Serouj Basmajian
                                                  President

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Michigan

In re  Metals In Time, Inc.                                    Case No.
                        Debtor(s)                              Chapter  11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  November 9, 2010          /s/ Serouj Basmajian
                                 Serouj Basmajian/President
                                 Signer/Title

A-1 Diamonds
21700 Greenfield
#359
Oak Park, MI 48237


A.V. Diamonds, Inc.
7500 Bellaire
Suite 333
Houston, TX 77036


A.V. Import
62 West 47th Street
#603
New York, NY 10336


Aaron Landau Diamonds
1321 Tuxedo Terrace
Lakewood, NJ 08701


ACTV Albanian
1700 Big Beaver Rd.
Troy, MI 48083


American Gem Corp
23077 Greenfield Rd.
Suite 354
Southfield, MI 48075


American Watch Guild
257 Adams Lane
Hewlett, NY 11557


Antwerp Diamond
Rue d'Attilque 7
1200
Woluwe, Belgium


Armstong Tool
31747 W. 8 Mile
Livonia, MI 48152


Asba & Dangler Designs
205 N. Orange Ave.
Saraota, FL 34236

```
Avani
21700 Greenfield Rd.
Suite 378
Oak Park, MI 48237


Band-it
800 E. Hallandale Beach Blvd.
Hallandale, FL 33009


Baume & Mercier
3 Enterprice Dr.
Shelton, CT 06468


Bethel
510 W. 6th St.
#219
Los Angeles, CA 90014


Bijou
13771 Danielson St.
Suite J
Poway, CA 92064


Cabochon
23077 Greenfield Rd.
Southfield, MI 48275


Caron
728 S. Hill St.
Suite 700
Los Angeles, CA 90014


Chad Allison Designs
576 5th Ave.
Suite 904
New York, NY 10036


Chronoswiss Time
212 Carnegie Center
Ste. 206
Princeton, NJ 08540


City of Royal Oak
P.O. Box 64
Royal Oak, MI 48068
```

CK Detroit, Inc.
23077 Greenfield Rd.
Suite 354A
Southfield, MI 48075

Crystal Gem Corp.
2959 Crooks Rd.
Ste. 3
Troy, MI 48084

DAC News
241 Madison Ave.
Detroit, MI 48226

Damiani USA Corp
Seven Penn Plaza
10th Floor
New York, NY 10001

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292

Diamplus
550 S. Hill St.
Suite 905
Los Angeles, CA 90013

DSL Pearl, Inc.
15 West 47th St.
Ste. 605
New York, NY 10036

East Arts Jewelry
1 Hok Cheung St.
Unit 11, 4/F, Harbour Centre Tower 1
Hung Hom
Kowloon, Hong Kong

Ebel
107 State St.
Moonachie, NJ 07074

EGL USA
550 S. Hill St.
Ste. 840
Los Angeles, CA 90013


ESQ
1407 State St.
Moonachie, NJ 07074


First Place Bank
Attn: Tamika A. Frimpo
Vice President - Assoc. General Counsel
24725 W. 12 Mile Road, Ste. 210
Southfield, MI 48034


Gacia America, Inc.
23077 Greenfield Rd.
Ste. 335 B1
Southfield, MI 48075


Gannet Directories
7557 W. Michigan Ave.
P.O. Box 349
Pigeon, MI 48755-0349


George Basmajian
4420 Cherry Hill Dr.
West Bloomfield, MI 48323


Giorgio Conti, Inc.
23077 Greenfield Rd.
Ste. 358
Southfield, MI 48075


Glik Import, Inc.
1255 Carre Phillips
#906
Montreal, Quebec, Canada  H3B 3G1


Gold & Silver Imports
32940 Middlebelt Rd.
Farmington Hills, MI 48334

Gold Mine Jewelry
23077 Greenfield Rd.
Ste. 336
Southfield, MI 48075

Graphics Factory
100 E. Fourth St.
Royal Oak, MI 48067

Greis Jeweleries Inc.
32940 Middlebelt Rd.
Farmington Hills, MI 48334

Gucci
50 Hearts Way
Secaucus, NJ 07094

Hadley Roma
7150 114th Ave. N.
Largo, FL 33773

Hakimi Gem
30 W. 47th St.
New York, NY 10036

Hermes of Paris, Inc.
1 Broadway Rd.
Ste. 1
Cranbury, NJ 08512

Hour
117 W. Third St.
Royal Oak, MI 48067

Jaz Gem
10 W 47th St.
#404
New York, NY 10036

Jewel Trendz
10600 S. Eastern Ave.
Suite B
Henderson, NY 89052

Jewellery Collection Int. Ltd.
15/F CFC Tower
28 Mody Rd.
Tslm Sha Tsul
Kowloon, Hong Kong


Jewels by Jacob
30 W. 47th St.
Ste. 405
New York, NY 10036


K.C. Jewelry
550 S. Hill St.
#895
Los Angeles, CA 90013


Kaszubski, Al-Hassan, Sadaps CPA & Assoc
5322 15 Mile Rd.
Sterling Heights, MI 48310


Maidi & Co.
608 Fifth Ave.
Ste. 501
New York, NY 10020


Michigan Jewelers
2734 E. Eleven Mile Rd.
Berkley, MI 49072


Modern Art Jewelers
550 S. Hill St.
Ste. 785
Los Angeles, CA 90113


Monte Carlo Designs
17 E. 48th St.
New York, NY 10017


Movado
107 State St.
moonachie, NJ 07074


Moyer Jewelers
14727 US-31 North
Carmel, IN 46032

Munic Gems, LLC
12 East 46th St.
Ste. 3E
New York, NY 10017


Muzak
3318 Lakemont Blvd.
Fort Mill, SC 29708


N.O.B.L.E. Gift Packaging
20 Sand Park Rd.
Cedar Grove, NJ 07009


Norayr Shirvanian
43485 Fonda St.
Novi, MI 48375


Nova Gold Imports
659 S. Broadway St.
M-1
Los Angeles, CA 90014


Ofer Mizrahi Diamonds
29 E. Madison St.
Ste. 601
Chicago, IL 60602


Officina Del Tempo
1784 West Ave.
Bay 3
Miami Beach, FL 33139


Oris USA
50 Washington St.
Ste. 412
Norwalk, CT 06854


P & M Diamonds, Inc.
P.O. Box 1200
New York, NY 10021


Pianegonda
1556 Alton Rd.
Miami Beach, FL 33139

Pride Source
20793 Farmington Rd.
Ste. 25
Farmington, MI 48336


Raz & Co.
625 S. Hill St.
Ste. 218
Los Angeles, CA 90014


Real Detroit
359 Livernois Rd.
2nd Floor
Ferndale, MI 48220


Rebecca
430 Colorado Ave.
#302
Santa Monica, CA 90401


Rio Grande
7500 Bluewater Rd. NW
Albuquerque, NM 87121


Ritmo Mundo, USA
320 N. Rodeo Dr.
Beverly Hills, CA 90210


Ryan Gems, Inc.
20 E. 46th St.
Ste. 500
New York, NY 10017


S & I Creations, LLC
125 South 9th St.
Ste. 401
Philadelphia, PA 19107


S&P Quality Diamonds
15 W. 47th St.
Room 1507
New York, NY 10036

Saloni Gems
21700 Greenfield Rd.
Suite 374
Oak Park, MI 48327


Sanghavi Diamonds
550 S. Hill St.
#1141
Los Angeles, CA 90013


Scott Kay Sterling
780 Palisade Ave.
Teaneck, NJ 07666


Security Corporation
P.O. Box 1200
Novi, MI 48376


Serj & Son
625 S. Hill St.
Ste. 218
Los Angeles, CA 90014


Skagen
640 Maestro Dr.
Reno, NV 89511


Sunlink, Inc.
17 West 45th St.
#304
New York, NY 10036


Swiss Army
7 Victoria Dr.
Monroe, CT 06468


Thyssenkrupp Elevator
PO Box 933004
Atlanta, GA 31193-3004


Trade First.com
23200 Coolidge Hwy.
Oak Park, MI 48237

Tugydiam
Maccabi 2148
Ramat-gan, Israel


V&S Jewelry
15835 Angelo Ln.
Clinton Township, MI 48038


Valassis
90469 Collection Center Dr.
Chicago, IL 60693


Versace Precious Items
145 Woodward Ave.
South Norwalk, CT 00854


Vibhor Gems
580 Fifth Ave.
Ste. 1704
New York, NY 10036


Yezekyan Fine Jewelry, Inc.
c/o Jason Conti, Esq.
2290 First National Building
Detroit, MI 48226